IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CV-408-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER UNSEALING CIVIL** |
| ) | **FORFEITURE CASE** |
| LEASEHOLD INTEREST AND BUSINESS ) | |
| ASSETS OF TOBACCO ROAD SPORTS ) | |
| CAFÉ, LOCATED AT 222 GLENWOOD ) | |
| AVENUE, SUITE 107, RALEIGH, NORTH ) | |
| CAROLINA, ) | |
| ) | |
| Defendants. ) | |

On the Motion of the plaintiff and for good cause shown, it is hereby ORDERED that the instant civil forfeiture case be unsealed.

SO ORDERED. This **21** day of June 2016.

_____
JAMES C. DEVER III
Chief United States District Judge

1

Case 5:13-cv-00408-D   Document 31   Filed 06/21/16   Page 1 of 1